# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MUHAMMAD ANWAR,<br><br>Defendant. | No. CR15-2005<br><br>ORDER ACCEPTING WRITTEN WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT |

This matter comes before the Court on the Written Waiver of Personal Appearance at Arraignment on Second Superseding Indictment (docket number 55) filed by the Defendant on September 28, 2015.

### ORDER

IT IS ORDERED that the Defendant's waiver is hereby **ACCEPTED** and Defendant's plea of not guilty is entered of record with the Clerk of Court. Any bond conditions, deadlines, hearing dates, and trial dates previously set in this case remain the same. The arraignment on second superseding indictment currently scheduled for September 29, 2015 is hereby **CANCELLED**.

DATED this 28th day of September, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA